IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PAUL D PARTRIDGE,

    Petitioner,

v.                                       CASE NO. 1:01-cv-00050-MP

ROBERT BUTTERWORTH,
JAMES MCDONOUGH,
DENNIS O'NEILL,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 54, Amended Petition for Writ of Habeas Corpus, Filed by Paul D Partridge. Previously, this Court entered an order adopting the Report and Recommendation of the Magistrate Judge and dismissing the previously filed habeas petition. The Court and the Eleventh Circuit each denied Certificates of Appealability on the case, and the Eleventh Circuit thus dismissed his appeal in 2003. Now, Mr. Partridge files an "amended" habeas petitioner, which appears to be a successive petition. This matter is referred to the Magistrate Judge to consider the proper treatment of this amended petition.

    **DONE AND ORDERED** this  _2nd_  day of May, 2007

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge