IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


PAUL D PARTRIDGE,

        Petitioner,

v.                                        CASE NO. 1:01-cv-00050-MP-AK

ROBERT BUTTERWORTH,
JAMES MCDONOUGH,
DENNIS O'NEILL,

        Respondents.

_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Doc. 66, Respondents' Motion to Dismiss.  Petitioner has not filed a response.

Petitioner's original petition for writ of habeas corpus challenged his 1995 conviction from the Circuit Court of Alachua County, Florida, for sexual battery with a deadly weapon or great force and robbery while carrying a deadly weapon.  Doc. 68, Ex. D.  That petition was denied, and Petitioner's requests for a certificate of appealability and for a writ of certiorari were subsequently likewise denied.  Doc. 68, Ex. E-J.

Over three years after the Supreme Court denied certiorari, Petitioner filed an "Amended Petition," challenging the same convictions on different grounds.  Doc. 54.  Respondents have moved to dismiss the petition as successive.

Pursuant to 28 U.S.C. § 2244(b)(3)(A), this Court cannot consider a second or successive habeas petition until a panel of the Eleventh Circuit has authorized its filing.  There is no indication that Petitioner has satisfied the requirements for filing this case, and thus, it is not properly before this Court for consideration.  Merely nominating a petition as "amended" does not save it from dismissal.

In light of the foregoing, it is respectfully **RECOMMENDED**

That Respondents' motion to dismiss, Doc. 66, be **GRANTED**;

That the amended petition for writ of habeas corpus, Doc. 54, be **DISMISSED AS AN UNAUTHORIZED SECOND OR SUCCESSIVE PETITION**.

**IN CHAMBERS** at Gainesville, Florida, this  *15th*  day of August, 2007.


*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**



**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**