IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PAUL D PARTRIDGE,

    Petitioner,

v.                                      CASE NO. 1:01-cv-00050-MP-AK

ROBERT BUTTERWORTH, et al.

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 70, Report and Recommendation of the Magistrate Judge, recommending that the instant petition be dismissed as a second or successive § 2254 or 2255 petition. The Petitioner filed objections at doc. 71, which the Court has reviewed. Previously, the Court adopted a prior Report and Recommendation and dismissed a prior petition (doc. 26). The Court agrees with the Magistrate Judge that pursuant to 28 U.S.C. § 2244(b)(3)(A), this Court cannot consider a second or successive habeas petition until a panel of the Eleventh Circuit has authorized its filing. There is no indication that Petitioner has satisfied the requirements for filing this case, and thus, it is not properly before this Court for consideration. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.     This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this _9th_ day of October, 2007

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge