IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


PAUL D PARTRIDGE,

    Petitioner,

v.                                                       CASE NO. 1:01-cv-00050-MP-AK

ROBERT BUTTERWORTH,
JAMES MCDONOUGH,
DENNIS O'NEILL,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 79, Motion for Discovery by Paul D Partridge. Previously, the Court dismissed Mr. Partridge's habeas petition (Doc. 75) and denied a motion to amend or correct. (Doc. 78). For the reasons given in those orders, the motion for discovery is denied.

**DONE AND ORDERED** this *23rd* day of January, 2008

                                               *s/Maurice M. Paul*
                                           Maurice M. Paul, Senior District Judge